# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON BIGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-969-ALB |
| | ) |
| HOUSTON COUNTY, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 13, 2020. (Doc. 4.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 6th day of March 2020.

                                                                      /s/ Andrew L. Brasher
                                                               ANDREW L. BRASHER
                                                               UNITED STATES DISTRICT JUDGE